UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LISA J. CARUSO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-69-B-W |
| | ) | |
| OGDEN DIRECTORIES OF PA, INC., | ) | |
| d/b/a EZ TO USE BIG BOOK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED AND SUPPLEMENTAL RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed June 19, 2007 and Supplemental Recommended Decision filed June 28, 2007, the Recommended Decision and Supplemental Recommended Decisions are accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss (Docket # 4) be and hereby is granted, dismissing Counts II, III, IV and VI of the Complaint.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd of July, 2007